PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. JAMES WILLIAMS    Docket Number: 04-cr-00438-WYD-01

**Supplemental Petition on Supervised Release**

COMES NOW, Pete Stein, probation officer of the court, presenting an official report upon the conduct and attitude of James Williams who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 13th day of April, 2005, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

2. If the defendant does not have a viable residence at the time he is released from the Bureau of Prisons, he shall reside in a community corrections center for a period of up to six months (180 days), to commence as directed by the Probation Department, and follow the rules of the facility. The defendant shall be released early if deemed appropriate by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the petition, dated April 2, 2007, be supplemented to include allegation 4; Law Violation.

ORDER OF THE COURT

Considered and ordered this 24th day of January, 2008, and ordered filed and made a part of the record in the above case.

s/ Wiley Y. Daniel
Wiley Y. Daniel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Pete Stein
Pete Stein
Probation Officer

Place: Denver, Colorado

Date: January 23, 2008

**ATTACHMENT**

On March 29, 2007, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on March 29, 2007.

On April 6, 2007, the court issued a warrant for violation of supervised release. On January 16, 2008, the defendant appeared on writ from the Colorado Department of Corrections for his initial appearance hearing.

The defendant has committed the following additional violation of supervised release:

**4.** **LAW VIOLATION**: **(CRIMINAL IMPERSONATION)**

On October 23, 2007, the defendant was convicted of Criminal Impersonation, a class six felony, in violation of Colorado Revised Statute § 18-5-113(1)(3). This constitutes a Grade B violation of supervised release.

On June 5, 2007, defendant was arrested by Westminster Police and charged with Possession of a Weapon by a Previous Offender, False Reporting, Criminal Impersonation, Driving Under Restraint, Failure to Present Proof of Insurance and No Proof of Insurance. According to the investigation report, police initiated a traffic stop after observing a vehicle make an illegal u-turn. The defendant, who was driving the vehicle, identified himself as Gregory Nelson. He later stated his true name.

On October 23, 2007, defendant pled guilty in Docket Number 07CR1756 in Adams County District Court, Brighton, Colorado, to Criminal Impersonation, a class six felony. He was sentenced to the Colorado Department of Corrections for three years and assessed fines, fees and costs of $594.