UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00438-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES WILLIAMS,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Thursday, March 24, 2011 at 10:00 a.m.**

    Dated:  February 4, 2011