UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00438-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES WILLIAMS,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the supervised release violation hearing set in the above-captioned case for Thursday, March 24, 2011 at 10:00 a.m. is **VACATED and RESET for Friday, March 25, 2011 at 2:00 p.m.**

    Dated: March 21, 2011